```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 11188
   RICHARD J GALKA JR
   KARI L GALKA                                  CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0178     SSN XXX-XX-2401

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/22/2007 and was confirmed 08/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00              .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE         .00              .00           .00
FISHER & SHAPIRO          NOTICE ONLY     NOT FILED              .00           .00
NATIONAL AUTO FINANCE     SECURED VEHIC    20314.00           931.04        1629.11
NATIONAL AUTO FINANCE     UNSECURED          988.55              .00           .00
CHRIST MEDICAL CENTER     UNSECURED      NOT FILED              .00           .00
AMERICAN MEDICAL COLLECT  NOTICE ONLY    NOT FILED              .00           .00
ANITA ARORA MD            UNSECURED      NOT FILED              .00           .00
APPLIED CARD BANK         NOTICE ONLY    NOT FILED              .00           .00
ASSOCIATES UROLOGICAL SP  UNSECURED      NOT FILED              .00           .00
BANK ONE                  UNSECURED      NOT FILED              .00           .00
ROUNDUP FUNDING LLC       UNSECURED         1838.03              .00           .00
CAPITAL ONE BANK          NOTICE ONLY    NOT FILED              .00           .00
CAPITAL ONE BANK          NOTICE ONLY    NOT FILED              .00           .00
CITY OF CHICAGO PARKING   UNSECURED          240.00              .00           .00
CROSS COUNTRY BANK        UNSECURED      NOT FILED              .00           .00
DERMATOLOGY & SKIN SURGE  UNSECURED      NOT FILED              .00           .00
FINGERHUT CORP            UNSECURED          327.41              .00           .00
ECAST SETTLEMENT CORP     UNSECURED         1209.81              .00           .00
ECAST SETTLEMENT CORP     UNSECURED          776.81              .00           .00
ECAST SETTLEMENT CORP     UNSECURED          696.27              .00           .00
HSBC NV                   UNSECURED      NOT FILED              .00           .00
HSBC NV                   UNSECURED          663.24              .00           .00
ICS                       NOTICE ONLY    NOT FILED              .00           .00
LEYDEN DUPAGE COUNSELING  UNSECURED      NOT FILED              .00           .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY    NOT FILED              .00           .00
MEDICAL BUSINESS BUREAU   NOTICE ONLY    NOT FILED              .00           .00
MIDWEST ANESTHESIOLOGIST  UNSECURED      NOT FILED              .00           .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED      NOT FILED              .00           .00
MIDWEST PEDIATRIC CARDIO  NOTICE ONLY    NOT FILED              .00           .00
NICOR GAS                 UNSECURED      NOT FILED              .00           .00
NUVELL CREDIT CO LLC      NOTICE ONLY    NOT FILED              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11188 RICHARD J GALKA JR & KARI L GALKA
```

```
OAKLAWN RADIOLOGY IMAGIN  UNSECURED       NOT FILED            .00           .00
PEDIATRIX-OBSTETRIX MEDI  UNSECURED       NOT FILED            .00           .00
QUEST DIAGNOSTICS INC     UNSECURED       NOT FILED            .00           .00
ROBERT BRUNO MD           UNSECURED       NOT FILED            .00           .00
SEVENTH AVENUE            UNSECURED       NOT FILED            .00           .00
WASHINGTON MUTUAL         NOTICE ONLY     NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED          902.86            .00           .00
RAS GROUP                 FILED LATE        1258.94            .00           .00
LEGAL HELPERS PC          DEBTOR ATTY      2,000.00                          .00
TOM VAUGHN                TRUSTEE                                         189.85
DEBTOR REFUND             REFUND                                             .00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,750.00

PRIORITY                                              .00
SECURED                                          1,629.11
   INTEREST                                        931.04
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               189.85
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                  2,750.00               2,750.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 08/26/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```